UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60435-CIV-SMITH

KEENAN HOLDEN,

    Plaintiff,

v.

SYSTEMS & SERVICES TECHNOLOGIES, INC.,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 36] on Defendant SST's Motion to Compel Arbitration [DE 13] and Defendant's Objections [DE 37]. Plaintiff filed a response to Defendant's Objections [DE 38]. In his thorough and well-reasoned Report and Recommendation, Magistrate Judge Hunt recommends that Defendant SST's Motion to Compel Arbitration be **DENIED**.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Hunt's Report, Defendant's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Hunt's well-reasoned analysis and his recommendation that the Motion to Compel Arbitration be denied. Accordingly, it is

    **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation to District Judge **[DE 36]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2. Defendant SST's Motion to Compel Arbitration [DE 13] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 26th day of August 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record